RICHARD ABELES, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ADAMS ENGINEERING CO., INC., DEFENDANT-RESPONDENT.

*Messrs. Jacob & Martin S. Fox* and *Mr. Howard T. Rosen* for the petitioners.

*Messrs. Lum, Biunno & Tompkins, Mr. William A. Wachenfeld, Mr. Saul G. Schulter* and *Mr. Herbert D. Kelleher* for the respondent.

February 14, 1961.    Granted.

MARGARET C. RAINAUD, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DOMINICK J. MULLANEY, DEFENDANT-RESPONDENT.

*Messrs. Parsons, Canzona, Blair & Smith* and *Mr. John C. Givens* for the petitioners.

*Messrs. McKeown, Harth & Enright* for the respondent.

February 14, 1961.    Denied.